# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Albert Battiste, | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| Borough of East McKeesport and | : | |
| Ronald Bachner | : | No. 111 C.D. 2013 |

## **O R D E R**

NOW, July 30, 2014, having considered appellee's, Borough of East McKeesport, application for panel reconsideration and *en banc* reargument, and appellant's answer in opposition thereto, the application is denied.

_____
DAN PELLEGRINI,
President Judge